IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GABRIEL MIRANDA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-23-CV-683-FB |
| § | |
| KENDALL COUNTY, TEXAS, § | |
| § | |
| Defendant. § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge filed in this cause on November 6, 2025 (docket #23), is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant Kendall County's Motion for Summary Judgment (docket #18) is GRANTED and all of Plaintiff's claims and this case are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that motions pending, if any, are DENIED as moot, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of November, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE